UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AVERY B. CRAWFORD, #02214933, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL NO. |
| BEXAR COUNTY SHERIFF'S DEPUTY JOSE HERNANDEZ, | § § § § | SA-18-CV-266-JKP(ESC) |
| Defendant. | § § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

The record in this case reflects that all pretrial matters have been considered and acted upon, and the parties are proceeding to trial before the District Court. Accordingly,

**IT IS HEREBY ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 27th day of September, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE